STEVEN S. ALM
United States Attorney
District of Hawaii

ELLIOT ENOKI
First Assistant U.S. Attorney

RONALD G. JOHNSON
Assistant U.S. Attorney
PJKK Federal Bldg.
300 Ala Moana Blvd. Room 6100
P.O. Box 50183
Honolulu, Hawaii 96850
Telephone: (808) 541-2850

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> KIMBERLY CAROLYN BENN, ) <br> ) <br> Defendant. ) <br> ) | CR. NO. CR00-00026 <br><br> INDICTMENT <br> [18 U.S.C. § 2113(a)] |

### INDICTMENT

The Grand Jury charges:

On or about December 20, 1999, in the District of Hawaii, defendant KIMBERLY CAROLYN BENN, did by intimidation, take from the person and presence of another money belonging to, and in the care, custody, control, management, and possession of

Bank of Hawaii, a bank as defined in Title 18, United States Code, Section 2113(f).

In violation of Title 18, United States Code, Section 2113(a).

DATED: Jan. 19, 2000, Honolulu, Hawaii.

A TRUE BILL

/s/

_____
STEVEN S. ALM
United States Attorney
District of Hawaii

_____
ELLIOT ENOKI
First Assistant U.S. Attorney

_____
RONALD G. JOHNSON
Assistant U.S. Attorney

United States v. Kimberly Carolyn Benn
Cr. No.
"Indictment"